```
1  WEINSTEIN & RILEY, P.S.
   Jerome A. Yelsky – SBN 75240
2  Of Counsel
   12100 Wilshire Blvd, Suite 1100
3  Los Angeles CA 90025

4  Telephone:  310-820-6529
   Facsimile:  310-826-2321
5
6  Attorneys for Plaintiff
```

ENTERED 6/15/09
FILED JUN 1 2 2009
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re:

Charles A. Von Fange,

Debtor(s).

Wells Fargo Bank, N.A.

    Plaintiff,

vs.

Charles A Von Fange,

Defendant(s)

Chapter 7

Bankruptcy No. 09-01583 LA

Adversary Case No. 09-90178 LA

STIPULATION AND ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

It is hereby stipulated by and between the parties that:

1. Plaintiff Wells Fargo Bank, N.A.'s adversary proceeding against Debtor(s)/Defendant(s) is dismissed with prejudice.

2. Plaintiff and Defendant(s) each shall bear their own costs and attorneys' fees incurred in this matter; and

1

3. No consideration has been paid or promised by or on behalf of Debtor/ Defendant Charles A. Von Fange in exchange for the dismissal of this adversary proceeding for account number XXXXXXXXXXXXX2028.

Weinstein & Riley, P.S.

Dated: 6/8/09

_____
Jerome A. Yelsky, Of Counsel
Attorneys for Plaintiff

Dated: 06/05/09

_____
Charles H. Starrett, Jr.
Attorney for Debtor

**IT IS SO ORDERED**

DATED: 12 June 09   By: _____
Honorable Louise Decarl Adler
UNITED STATES BANKRUPTCY COURT

Signature by attorney constitutes a certification under Fed. R. Bankr. P. §9011 that the relief provided for by the order is the relief granted by the court.

Submitted by:

_____
Jerome A. Yelsky, Of Counsel
Attorneys for Plaintiff

2

## SERVICE LIST

1
2
3
4  Carl H. Starrett II
   Law Offices of Carl H. Starrett II
5  1941-C Friendship Drive
   El Cajon, California 92020-1144
6
7
   Jerome A. Yelsky, Of Counsel
8  Weinstein & Riley, P.S.
   12100 Wilshire Blvd., Suite 1100
9  Los Angeles, CA 90025
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3